# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Zavier Rashad Hill**<br><br>*Defendant* | Case: 1:25-mj-00183<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/27/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 26, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jazzmin Neal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/27/2025

*Judge's signature*

City and state: Washington, DC     U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*